The Honorable BRIAN D. LYNCH
Chapter 7 Proceeding
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>MAGGIE BOLAND,<br><br>Debtor, | Bankruptcy Case No.: 18-41253<br><br>DECLARATION OF MAILING |

TERESA J. VANNICE, declare under penalty of perjury as follows:

1. I am over the age of majority and am competent to make this declaration.

2. That on May 16, 2018, I placed in the United States mail, postage prepaid, first class mail, a copy of the Trustee's Objection to Exemptions to the following:

Maggie Boland
1405 Clearbrook Dr. SE, #J201
Lacey, WA 98503

DATED this 16th day of May, 2018.

/s/ Teresa J. Vannice
TERESA J. VANNICE



Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com