The Honorable BRIAN D. LYNCH
Chapter 7 Proceeding
Hearing Date: May 8, 2019
Hearing Time: 9:00 a.m.
Response Date: May 1, 2019
Tacoma, Washington

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | Bankruptcy Case No.: 18-41253 |
|---|---|
| MAGGIE BOLAND, | MOTION TO APPROVE COMPROMISE OF UIM CLAIM AND PAYMENT OF SPECIAL COUNSEL FEES |
| Debtor, | |

**COMES NOW**, the Trustee, Mark D. Waldron, by and through his attorneys, Law Offices of Mark D. Waldron, PLLC and moves this Court for an order approving compromise of the UIM claim and payment of special counsel fees as follows:

1. The debtor, at the time of filing Chapter 7 had a pending personal injury claim relating to an auto accident which occurred on November 29, 2017.

2. The trustee applied to the Court to appoint a personal injury attorney. Special Counsel, Law Offices of Harold Carr Law Group, PLLC, were appointed to represent the estate on a one-third contingency fee basis, plus costs, subject to Court approval, to resolve this claim.

Motion to Approve Compromise of UIM Claim
and Payment of Special Counsel Fees - 1



Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

3. The trustee previously received an offer to settle and compromise the third party claim for the policy limits of $25,000.00. That motion to approve was filed March 14, 2019 (docket #24).

4. All liens and expenses are proposed to be paid through the third party settlement.

5. The trustee proposes to accept the additional settlement offer for the UIM claim, sign a release and distribute the $12,500.00 as follows:

| | | |
|---|---|---|
| Proposed Settlement | | $12,500.00 |
| Special Counsel (fees) | $ 4,166.25 | |
| | | (4,166.25) |
| **Bankruptcy Estate** | | **$8,333.75** |

6. The debtor has listed this claim in the schedules and claimed an exemption in the amount of $23,675.00 under 11 USC §522 (d)(11)(D) and $12,580.00 under 11 USC §522 (d)(5). The trustee timely filed an objection, however, that matter has not been set for hearing. The trustee anticipates paying the (d)(5) exemption of $12,580 leaving $7,212.17, subject to the (d)(11)(D) dispute.

7. This proposed settlement is for UIM claim only (approval for the third party settlement in the amount of $25,00000 has be filed with this Court). It is the belief and recommendation of the special counsel that this compromise be approved. Special counsel is a well-experienced personal injury attorney.

8. The trustee proposes to accept the $12,500.00 settlement, sign a release of the claim, and pay the special counsel fees, as set forth above.

9. The trustee believes that this compromise is in the best interest of the estate

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

and its creditors.  Therefore, the trustee proposes that the Court authorize a compromise and settlement as set forth above.

**DATED** this 9th day of April, 2019.

                                            Law Offices of Mark D. Waldron, PLLC

                                            /s/ Mark D. Waldron
                                            MARK D. WALDRON (WSBA #9578)
                                            Attorney for Trustee

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com