Entered on Docket April 11, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>MAGGIE BOLAND,<br><br>Debtor, | Bankruptcy Case No.: 18-41253<br><br>ORDER APPROVING COMPROMISE, PAYMENT OF SPECIAL COUNSEL FEES AND EXPENSES AND ADMINISTRATIVE CLAIM |

THIS MATTER having come on regularly before the above-entitled Court upon the application of the Trustee, MARK D. WALDRON, by and through his attorneys, Law Offices of Mark D. Waldron, PLLC, to settle the personal injury claim of the estate for the sum of $25,000.00, pay Special Counsel fees and expenses related thereto, pay subrogation lien and administrative claim; twenty (20) days have elapsed since the mailing of the notice to all parties in interest and no objections having been filed or served upon the Trustee or said objection having been incorporated into the terms of this order; the Court determining that notice was adequate; and the Court determining that this settlement is in the best interest of the estate and the fees and expenses are reasonable, now, therefore, it is hereby



Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Order Approving Compromise, Payment of Special
Counsel Fees and Expenses and Administrative Claim - 1

**ORDERED** that the Trustee, MARK D. WALDRON, pursuant to 11 U.S.C. §363, is hereby authorized to compromise the personal injury claim for the sum of $25,000.00 as set forth in the motion, sign a release, pay special counsel fees and costs, pay the subrogation lien and the administrative claim. It is further

**ORDERED** that the Trustee, MARK D. WALDRON is hereby authorized to distribute funds and pay the following:

| | | | |
|---|---|---|---|
| Proposed Settlement | | | $25,000.00 |
| Special Counsel (fees) | $ | 8,332.50 | |
| (costs) | | 663.66 | |
| | | 8,996.16 | (8,996.16) |
| Rawlings subrogation lien | | | (4,332.49) |
| Capital Physical Therapy | | | (212.93) |
| **Bankruptcy Estate** | | | **$11,458.42** |

All remaining funds will be held pending further order of the Court.

/// END OF ORDER ///

Presented By:

Law Offices of Mark D. Waldron, PLLC

/s/ Mark D. Waldron
MARK D. WALDRON (WSBA #9578)
Attorney for Trustee

Order Approving Compromise, Payment of Special
Counsel Fees and Expenses and Administrative Claim - 2

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Case 18-41253-BDL    Doc 36    Filed 04/11/19    Ent. 04/11/19 10:50:04    Pg. 2 of 2