**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | Bankruptcy Case No.: 18-41253 |
|---|---|
| MAGGIE BOLAND,<br><br>　　　　　　　　　Debtor, | ORDER APPROVING FINAL REPORT AND APPLICATIONS FOR ADMINISTRATIVE EXPENSES AND AUTHORIZING DISBURSEMENT |

**THIS MATTER** having come on for hearing, or no hearing being necessary or appropriate under the circumstances upon Notice of Final Report and Applications for Compensation; it appearing that the Trustee's Final Report is correct and reasonable, and that the same should be approved; and it appearing that the fees requested are justified and reasonable, and the Court being fulling advised, now, therefore, it is hereby

**ORDERED** that the disbursements made by the Trustee as set forth in this report are approved and the Final Report and Account of the Trustee is hereby allowed, approved and confirmed and the Trustee, MARK D WALDRON, may make the disbursements as indicated on Exhibit "A". It is further

Order Approving Final Report and Applications for
Administrative Expenses and Authorizing Disbursement - 1

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

**ORDERED** that the fees and expenses of MARK D WALDRON, Trustee, are approved. It is further

**ORDERED** that the Trustee, Mark D. Waldron, is authorized and by entry of this order hereby abandons all unadministered assets

/// END OF ORDER ///

Presented by:

/s/ Mark D. Waldron
MARK D. WALDRON (WSBA #9578)
Chapter 7 Trustee

Order Approving Final Report and Applications for
Administrative Expenses and Authorizing Disbursement - 2

Law Offices of Mark D. Waldron
6711 Regents Blvd. W.. #B
Tacoma, WA 98466
Telephone: 253.565.5800
email: mark@mwaldronlaw.com

Case 18-41253-BDL    Doc 55    Filed 09/25/20    Ent. 09/25/20 13:33:08    Pg. 2 of 2